MORRIS COLEMAN, as Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued February 5, 1892; decided March 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court, in the fourth judicial department, entered upon an order made September 8, 1891, which affirmed a judgment in favor of plaintiff and affirmed an order denying a motion for a new trial.

*C. D. Prescott* for appellant.

*E. D. Matthews* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____